UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL ECKARD,

    Plaintiff,

v.

JEFF STRINGHAM, et al.,

    Defendants.

Case No. 2:18-cv-00898-RAJ-BAT

**ORDER GRANTING MOTION FOR EXTENSION OF TIME AND RENOTING MOTION FOR SUMMARY JUDGMENT**

On January 25, 2019, Plaintiff requested a thirty day extension of his deadline to respond to Defendants' motion for summary judgment (Dkt. 27), presently noted for February 15, 2019. Dkt. 32. Plaintiff asserts he does not have access to a writing table and has to compose his documents using the surface of books as a table, which is cumbersome and exacerbates his somatization disorder. *Id.* Defendants have not filed any objection to the extension. The Court finds that the requested extension is not unreasonable in light of the described circumstances.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for extension (Dkt. 32) is **GRANTED**; Plaintiff shall file his response to Defendants' motion for summary judgment (Dkt. 27) by **March 15, 2019**. Defendants may file their reply by **March 21, 2019**.

ORDER GRANTING MOTION FOR EXTENSION OF TIME AND
RENOTING MOTION FOR SUMMARY JUDGMENT - 1

1     (2)     The Clerk is directed to **re-note** Defendants' motion for summary judgment (Dkt. 27) for **March 22, 2019** and to send a copy of this Order to the parties.

DATED this 19th day of February, 2019.

                                              BRIAN A. TSUCHIDA
                                              Chief United States Magistrate Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME AND
RENOTING MOTION FOR SUMMARY JUDGMENT - 2