1

2

3

4

5       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
6                  AT SEATTLE

7   GABRIEL ECKARD,

8                        Plaintiff,        Case No. 2:18-cv-00898-RAJ-BAT

9       v.                                 **ORDER GRANTING
                                           DEFENDANTS' MOTION FOR
10  JEFF STRINGHAM, et al.,                SUMMARY JUDGMENT**

11                       Defendants.

12          The Court, having reviewed the Report and Recommendation of the Honorable Brian A.

13  Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining

14  record, finds and **ORDERS**:

15          (1)   The Court adopts the Report and Recommendation;

16          (2)   The motion for summary judgment of Defendants Lisa Anderson, Sarah Blackburn,
                  Breeann Caroway, Kathy Grey, Joan Jaeger, Mark Jones, Sandra Stice, Jeff
17                Stringham, John Vandenberg, and Jack Warner (Dkt. 27) is **GRANTED**; Plaintiff's
                  claims are **dismissed with prejudice**.
18
            (3)   The Clerk of Court is directed to send copies of this Order to Plaintiff and to Judge
19                Tsuchida.

20      DATED this 15 day of ___May___, 2019.

21

22                                         RICHARD A. JONES
                                           United States District Judge
23

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT - 1